(125 So. 593)

No. 29333.

In the Matter of Zachary Taylor HEARD.

Dec. 2, 1929.

John H. Tucker, Jr., of Shreveport, Charles A. Holcombe, of Baton Rouge, and Charles F. Fletchinger, of New Orleans, for disbarment committee.

George Gunby, of Monroe, for Zachary Taylor Heard.

OVERTON, J. The issues presented in this case are substantially the same as those presented in the Matter of Thomas v. Craven (No. 29,967), ante, p. 555, 125 So. 591 this day decided.

For the reasons there assigned, the exception, filed herein, is sustained, and this proceeding is accordingly dismissed.